IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF NEW YORK

JASON GIBSON and On Behalf of All Others Similarly Situated,

    *Plaintiff,*

-against-

EMPANADA MAMA LLC and TEK LIM CHEN REVOCABLE TRUST,

    *Defendants.*

Case No.: 1:22-cv-10106

## [PROPOSED] DEFAULT JUDGMENT

This action having been commenced on November 29, 2022 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on the Defendants EMPANADA MAMA LLC and TEK LIM CHEN REVOCABLE TRUST, and an Answer was not interposed by the time prescribed by the Court, it is hereby

After considering the papers submitted in support of the Motion for Default pursuant to Federal Rules of Civil Procedure, Rule 55(b)(2) and the papers on file in this action, the Court finds as follows:

1) The Defendants have failed to appear in this action by timely pleading, or responding to, or otherwise defending against, the Complaint in this action after being properly served with that Complaint. Accordingly, the clerk certified a default against the Defendants, under Federal Rules of Civil Procedure, Rule 55(a), on November 8, 2019.

2) The Defendants are not minors, incompetent persons, or current members of the military service.

3) The Plaintiff has established that the Defendants are liable to the Plaintiff for attorney's fees and costs, to be shown by Declaration of Attorney's Fees and Costs.

4) The Plaintiff has further established that permanent injunction must be issued for the reasons enumerated below.

   a) The Defendants, EMPANADA MAMA LLC and TEK LIM CHEN REVOCABLE TRUST, own, and/or lease, and/or operate, and/or have control over, the Subject Facility, which is a store and/or a sales establishment. It is a public accommodation within the meaning of Title III of the ADA, 42 U.S.C. §12181(7)(E) and 28 CFR §36.104 Place of public accommodation (5), New York State Human Rights Law §292(9) and New York City Human Rights Law, Admin. Code of the City of New York, §8-107(4).

   b) The Defendants, EMPANADA MAMA LLC and TEK LIM CHEN REVOCABLE TRUST, at all relevant times, were owners, and/or leased, and/or leased to, and/or managed, and/or had control over, and/or operated, and/or designed, and/or constructed, and/or built, and/or maintained, and/or altered the Subject Facility, which is operated by the Defendants under the name Empanada Mama and is located at 95 Allen St, New York, NY 10002.

   c) The Subject Facility contains multiple barriers to access by individuals with disabilities in violation of the Americans with Disabilities Act, 42 U.S.C. § 12181 et seq.

5) The specific barriers to access present at the Subject Facility are enumerated in the Plaintiff's Complaint.

6) These barriers to access the Subject Facility violate Americans with Disabilities Act, 42 U.S.C. § 12181 et seq. and mandates an injunction to remedy these violations. An injunction is necessary to ensure that the Subject Facility is readily accessible to the Plaintiff and other individuals with disabilities.

**THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that judgment be entered against the Defendants, EMPANADA MAMA LLC and TEK LIM CHEN REVOCABLE TRUST, as follows:

(A) The Subject Facility owned, operated, leased, controlled, maintained and/or administered by the Defendants violates the ADA, the New York State Civil Rights Law, the New York State Human Rights Law and the New York City Human Rights Law;

(B) The Defendants are each liable to the Plaintiff for damages in the amounts reflected in the complaint, and the relief granted is as follows:

   (i) The Court enters declaratory judgment and finds that Defendants have violated the ADA and its implementing regulations, Executive Law and Administrative Code; and

   (ii) The Court shall retain jurisdiction over the Defendants until the Court is satisfied that the Defendants' unlawful practices, acts and omissions no longer exist and will not reoccur; and

   (iii) **FIFTY THOUSAND DOLLARS ($50,000.00)** is awarded to plaintiff as compensatory damages, per defendant, plus pre-judgment interest, as a result of Defendants' violations of New York State Executive Law and the Administrative Code of the City of New York; and

   (iv) **FIFTY THOUSAND DOLLARS ($50,000.00)** is awarded to plaintiff as punitive damages, per defendant, in order to punish and deter Defendants for their violations of the Administrative Code of the City of New York; and

   (v) Plaintiff shall be awarded **FIVE HUNDRED DOLLARS ($500.00)** for each and every barrier and violation of the law, per defendant, pursuant to New York State Civil Rights Law §§ 40-c and 40-d; and

(vi) Defendants are jointly and severally liable for Plaintiff's reasonable attorney's fees, costs and expenses pursuant to the Administrative Code and the ADA, the amount of which shall be established by Declaration and bill of costs to be filed no later than thirty (30) days from the date of this Order; and

(C) A permanent injunction is granted:

(i) Requiring the Defendants to alter their Subject Facility to make it readily accessible to, and usable for, individuals with disabilities;

(ii) The Defendants must alter their facilities and amenities to make them accessible to, and usable by, individuals with disabilities to the full extent required by Title III of the ADA, the New York State Civil Rights Laws, the New York State Human Rights Laws and the New York City Human Rights Laws;

(D) Jurisdiction is retained over the Defendants until their unlawful practices, acts and omissions no longer exist;

(E) The Defendants, EMPANADA MAMA LLC and TEK LIM CHEN REVOCABLE TRUST, must rectify all of the violations of the ADA, which were enumerated in the Complaint, and to take the following actions:

(i) submit to the Plaintiff's counsel an architectural plan that remedies the violations, identified in the Complaint, within 60 days of the filing of the proof of service and Memorandum and Order;

(ii) within 30 days from receipt of the Defendant's plans, the Plaintiff shall consent to it, or seek further relief from the Court; and

(iii) the Defendants shall make any necessary alterations within 60 days of the Plaintiff's consent, or subsequent Order of this Court.

**ORDERED, ADJUDGED AND DECREED**: That the Plaintiffs have judgment against Defendants EMPANADA MAMA LLC and TEK LIM CHEN REVOCABLE TRUST, jointly and severally, in the total amount of **$200,000.00 (TWO HUNDRED THOUSAND DOLLARS).**

**IT IS FURTHER ORDERED**: That the Plaintiffs may make an application for reasonable attorney's fees and costs to be filed no later than thirty (30) days from the date of this Order.

**IT IS FURTHER ORDERED**: Within thirty (30) days of receipt of Defendants' architectural plan, Plaintiff may make an application for an additional award of **FIVE HUNDRED DOLLARS ($500.00)** for each and every barrier and violation of the law identified therein, per defendant, pursuant to New York State Civil Rights Law §§ 40-c and 40-d.

Dated: _____  _____
Hon. Judge Gregory H. Woods
United States District Court of the
Southern District of New York