```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/12/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------- X
:
JASON GIBSON, on behalf of all others similarly situated,
:
:
:                             1:22-cv-10106-GHW
                  Plaintiff,   :
:                             ORDER
          -against-            :
:
EMPANADA MAMA LLC, *et al.*,   :
:
                  Defendants.  :
------------------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

The Court has received Plaintiff's proposed order to show cause, proposed default judgment, declaration, and memorandum of law. Dkt. Nos. 17-21. The Court will not act on Plaintiff's proposed order to show cause because Plaintiff has not complied with the Court's Individual Rules of Practice in Civil Cases, available at https://www.nysd.uscourts.gov/hongregory-h-woods. Among other things, Plaintiff's memorandum of law fails to set forth the elements of each cause of action as to which default judgment is sought, with supporting legal authority; an analysis demonstrating that the facts pleaded in the complaint support the conclusion that each relevant defendant is liable with respect to that cause of action; and the legal authority supporting each category of damages requested. Furthermore, Plaintiff has not submitted a statement of damages.

Plaintiff is directed to follow the procedure set forth in Attachment A to the Court's Individual Rules of Practice in Civil Cases.

SO ORDERED.

Dated: May 12, 2023
New York, New York

_____
GREGORY H. WOODS
United States District Judge