# MEMORANDUM ENDORSED

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/17/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
JASON GIBSON AND ON BEHALF OF ALL OTHERS
SIMILARLY SITUATED,

                                                 Plaintiff,

   -against-


EMPANADA MAMA LLC and TEK LIM CHEN
REVOCABLE TRUST,

                                            Defendants.
------------------------------------------------------------------------ X

Docket No. 1:22-cv-10106-GHW

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

     PLEASE TAKE NOTICE, that the undersigned, attorneys of record for the Plaintiff in the above-captioned action, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses all the claims asserted or could have been asserted in the above-captioned action and same are hereby voluntarily dismissed with prejudice and without costs, fees, or expenses.

Dated: Syosset, NY 11791
       May 17, 2023

**BELL LAW GROUP, PLLC**

By:_____
   Daniel Johnston
   *Attorneys for Plaintiff*
   116 Jackson Blvd.
   Syosset, New York 11791
   (516) 280-3008
   DJ@BellLG.com

Plaintiff has voluntarily dismissed this case with prejudice under F.R.C.P. 41(a)(1)(A)(i). The Clerk of Court is directed to close this case.

SO ORDERED.

Dated: May 17, 2023
       New York, New York

_____
GREGORY H. WOODS
United States District Judge